UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAIME ALVAREZ FIGUEROA, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | C.A. No. 18-10097-PBS |
| | * | |
| ANTONE MONIZ, | * | |
| , | * | |
| Respondent. | * | |
| | * | |

SERVICE ORDER

SARIS Ch.J.

On January 18, 2018, petitioner Jaime Alvarez Figueroa, an immigration detainee currently confined at the Plymouth County Correctional Facility, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.  Figueroa seeks immediate release on the ground that bond has been unreasonably denied.  He names as respondent Warden of Plymouth County Correctional Facility.

ACCORDINGLY, this Court hereby orders that:

1. Superintendent Antone Moniz is the proper respondent and substituted.  *See Rumsfeld v. Padilla*, 542 U.S. 426, 439 (2004) (immediate custodian of petitioner is proper respondent in habeas action); *Vasquez v. Reno*, 233 F.3d 688, 696 (1st Cir. 2000)(same, as applied to immigration detainee). .

2. The Clerk of this Court shall serve a copy of the Petition upon (i) Superintendent Antone Moniz; and (ii) the United States Attorney for the District of Massachusetts.

3. Respondent Moniz shall respond to the petition within 21 days of the entry of this Order.

4.     In order to give the Court time to consider the matter, unless otherwise ordered by the Court, Petitioner shall not be moved outside the District of Massachusetts without providing the Court 48 hours' advance notice of the move and the reason therefor.  Any such 48-hour notice period shall commence at the date and time such notice is filed and expire 48 hours later, except "[i]f the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday."  Fed. R. Civ. P.  6(a)(2)(C).

IT IS SO ORDERED.

| 1/18/18 | /s/ Patti B. Saris |
|---|---|
| DATE | UNITED STATES DISTRICT JUDGE |