**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____
                                     )
JAIME ANTONIO ALVAREZ FIGUEROA,      )
                                     )
             Petitioner,             )
                                     )
v.                                   )      Civil Action
                                     )      No. 18-10097-PBS
                                     )
JOSEPH D. MCDONALD, JR., ANTONE      )
MONIZ, and THOMAS BROPHY,            )
                                     )
             Respondents.            )
                                     )
_____)
```

**ORDER**

May 2, 2018

Saris, C.J.

The Court held a hearing on Respondents' motion to dismiss (Docket No. 14), on May 2, 2018. In his First Amended Complaint, Petitioner alleges that Respondents will not transport him to his next appearance in Chelsea District Court to resolve his pending criminal case, and seeks a writ of habeas corpus *ad prosequendum* or other order from this Court to ensure he will be transported. See Docket No. 33 ¶¶ 26-29. The government opposes the request for relief. After the hearing, the relief is granted on the ground that Petitioner has a due process right to be present at the state court criminal proceedings against him.

U.S. Immigration and Customs Enforcement ("ICE") is ordered to transport Alvarez Figueroa, who is presently in ICE custody,

1

to the Commonwealth of Massachusetts to attend the hearing on May 24, 2018, and all future hearings on his pending criminal charges before the Chelsea District Court.

The Plymouth County Sheriff, or the county sheriff who is responsible for transporting Alvarez Figueroa to and from the hearing, is ordered to return Alvarez Figueroa to ICE custody immediately at the conclusion of the hearing.

Alvarez Figueroa is ordered to surrender himself to ICE custody, or to the county sheriff who will transport him to ICE custody, immediately at the conclusion of the hearing.

/s/ PATTI B. SARIS  
Patti B. Saris  
Chief United States District Judge