UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **JAIME ANTONIO ALVAREZ FIGUEROA**,<br><br>Petitioner,<br><br>v.<br><br>**JOSEPH D. MCDONALD, JR.,**<br>Plymouth County Sheriff;<br>**ANTONE MONIZ,**<br>Superintendent of Plymouth County Correctional Facility;<br>**THOMAS BROPHY,**<br>Immigration and Customs Enforcement, Enforcement and Removal Operations, Acting Field Office Director,<br><br>Respondents. | Civ. No. 18-10097-PBS |

### NOTICE TO COURT OF FILING OF PETITION FOR REVIEW, STAY OF REMOVAL AND APPLICATION OF LOCAL RULE 18.0

Petitioner Jaime Antonio Alvarez Figueroa ("Mr. Alvarez Figueroa") hereby notifies this Honorable Court that Mr. Alvarez Figueroa filed his Petition for Review (PFR) with the First Circuit on May 29, 2018. Case No. 18-1505. Mr. Alvarez Figueroa has also filed a Motion for Stay with the First Circuit Court of Appeals on the evening of June 1, 2018.

Having filed both the PFR and a Motion for Stay of Removal, Local Rule of Appellate Procedures 18.0 applies, which requires an automatic ten day stay of removal from the date the Motion for Stay is docketed, which will be June 4, 2018. *See* Exhibit A, Receipt for Stay with

First Circuit Court of Appeals.  As Mr. Alvarez Figueroa has a stay of removal for the next ten days, pursuant to this court's order of May 24, 2018, *see* Docket No. 55, the government must hold a bond hearing within seven days of the docketing of his Motion for Stay.

|  |  |
|---|---|
|  | Respectfully Submitted, <br> Jaime Antonio Alvarez Figueroa, <br> *By his attorney*, <br><br> /s/   Kerry E. Doyle    |
| Dated: June 1, 2018 | Kerry E. Doyle (BBO #565648) <br> Graves & Doyle <br> 100 State Street, 9th Floor <br> Boston, MA 02109 <br> Tel: 617-542-6400 <br> kdoyle@gravesanddoyle.com |

## CERTIFICATE OF SERVICE

I hereby certify that this document, Notice to Court of Filing of Petition for Review and Application of Local Rule 18.0, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:   June 1, 2018

/s/   Kerry E. Doyle    
Kerry E. Doyle