# EXHIBIT A

ca01noticedocketactivity@ca1.uscourts.gov     6/1/2018 9:25 PM

## 18-1505 Alvarez Figueroa v. Sessions "Motion (other)"

To kdoyle@gravesanddoyle.com

---

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### United States Court of Appeals for the First Circuit

**Notice of Docket Activity**

The following transaction was entered on 06/01/2018 at 9:24:37 PM EDT and filed on 06/01/2018

| | |
|---|---|
| **Case Name:** | Alvarez Figueroa v. Sessions |
| **Case Number:** | 18-1505 |
| **Document(s):** | Document(s) |

**Docket Text:**
MOTION to stay removal filed by Petitioner Jaime Alvarez Figueroa. Certificate of service dated 06/01/2018. [18-1505] (KED)

**Notice will be electronically mailed to:**

Anthony Paul Nicastro
Kerry E. Doyle
Derek C. Julius
Patricia Bruckner
OIL OIL


The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** Stay of Removal Final.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104935054 [Date=06/01/2018] [FileNumber=6174046-0]
[5be615da40824a868dd6eade22afeea5c010d34d0cc8eb2e2cd3c1d042672d59b7baea2738190e98a6c465a2f
75df4126150097981273df17e9c26deccedb2ad]]

**Document Description:** Exhibits
**Original Filename:** Exhibits for Stay.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104935054 [Date=06/01/2018] [FileNumber=6174046-1]
[46f322770fe79c5b31f10557d91479945ac92dab940335c68bc3268176bf0a98ebd7ce1eb6d35afe67b0720bf
f2a1089619607fd3650e8a0d88a4506b14ffc50]]