UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAIME ALVAREZ-FIGUEROA, </br></br> Petitioner, </br></br> v. </br></br> ANTONE MONIZ, </br></br> Respondent. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 18-10097-PBS </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## STATUS REPORT

The First Circuit has denied Petitioner's motion to stay removal. There are no remaining impediments to Petitioner's removal and the Department of Homeland Security intends to remove Petitioner forthwith.

Previously, in accordance with the Court's order of January 18, 2018 (docket entry #4), Respondent Anthony Moniz, Superintendent of the Plymouth County House of Correction, and the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), by and through their attorney, Andrew E. Lelling, U.S. Attorney for the District of Massachusetts, gave notice that Petitioner Jaime Alvarez-Figueroa would be removed from the District of Massachusetts.[1]

---

[1] Earlier, after Petitioner's appeal was denied by the BIA, and his removal order became final, Respondent moved for reconsideration of this Court's order regarding a bond hearing. The Court denied the motion, but stayed the requirement of a bond hearing "until the First Circuit decides whether to stay removal. A bond hearing shall be held within a week after a stay of removal." Petitioner's claims notwithstanding, it appears plain that if the First Circuit did not order a stay of removal, no bond hearing is required by this Court. Nor would it make sense to hold a bond hearing within seven days of the denial of Petitioner's motion for a stay of removal given that Petitioner will be removed imminently. Clearly, under the *Zadvydas* rubric, there is a significant likelihood of removal within the reasonably foreseeable


The petition for a writ of habeas corpus should be dismissed, and all other relief sought by Petitioner denied.[2]

    Respectfully submitted,

    ANDREW E. LELLING
    United States Attorney

By:   */s/ Thomas E. Kanwit*
    Thomas E. Kanwit, BBO No. 547251
    Assistant U.S. Attorney
    United States Attorney's Office
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3100
    thomas.kanwit@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    */s/ Thomas E. Kanwit*
    Thomas E. Kanwit
Dated: June 18, 2018     Assistant U.S. Attorney

---

future. No bond hearing is required under applicable precedent, therefore, or by the plain meaning of this Court's May 24, 2018 order.

[2] Respondent separately responded to Petitioner's Motion to Show Cause on June 14, 2018; *see* docket # 61. For the reasons stated therein, Respondent believes the Motion to Show Cause is without merit.

2